IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES ELLIOTT | § | |
| VS. | § | CIVIL ACTION NO. 1:06-CV-182 |
| TEXAS COURT OF CRIMINAL APPEALS | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Elliott, a prisoner, proceeding *pro se*, filed this petition for writ of mandamus pursuant to 28 U.S.C. § 1651.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends dismissing the case without prejudice for want of subject matter jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 5 day of **June, 2006.**

_____
Thad Heartfield
United States District Judge